| PROB 22 (ED TN51)<br>(1-98) | DOCKET NUMBER (Tran. Court) |
| --- | --- |
| **TRANSFER OF JURISDICTION** | 0649 3:09-CR-25-001 |
| | DOCKET NUMBER (Rec. Court) |
| | 2:14cm2816-MHT |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Jessi L. Sumner<br>1009 Austin Street<br>Wetumpka, Alabama 36092 | Eastern District of Tennessee | Knoxville |
| | NAME OF SENTENCING JUDGE<br>The Honorable Thomas A. Varlan<br>Chief United States District Judge | |
| | DATES OF PROBATION-SUPERVISED RELEASE | FROM: 09/16/2011 | TO: 09/15/2014 |

OFFENSE
Attempt to Possess With Intent to Distribute 500 Grams or More of Cocaine Hydrochloride, a Schedule II Controlled Substance, in violation of Title 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **MIDDLE DISTRICT OF ALABAMA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 29, 2014                                                  _/s/ Thomas A. Varlan_
Date                                                           Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF ALABAMA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                                          _____
Effective Date                                                 United States District Judge